UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILFRED J. CORDEAU, JR. ,

    Plaintiff,

v.                          Case No:  6:14-cv-1360-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 21) filed on September 4, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2015 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney's Fees (Doc. 21) is **GRANTED IN PART AND DENIED IN PART**.

3. The Commissioner of Social Security is **DIRECTED** to pay Plaintiff Wilfred J. Cordeau, Jr. attorney's fees in the amount of $5,433.24 and costs in the amount of $400.00.

**DONE AND ORDERED** in Orlando, Florida on October 21, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties