**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILFRED J. CORDEAU, JR. ,

      Plaintiff,

v.                                        Case No: 6:14-cv-1360-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## **ORDER**

This cause is before the Court on the Unopposed Motion for Attorney's Fees Under 42 U.S.C. §406(b)(1) (Doc. 26) filed on May 30, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 17, 2017 (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney's Fees Under 42 U.S.C. §406(b)(1) (Doc. 26) is **GRANTED**.

3. The Court **FINDS** that Eddy Pierre-Pierre, Esq. is allowed to charge Plaintiff Wilfred J. Cordeau, Jr., a reasonable fee for federal court representation in the amount of **$20,200.00**. The Court **ORDERS** Attorney Pierre-Pierre to remit to Cordeau the sum of

$5,433.24 within five business days after receiving the attorney's fees paid from past-due benefits.

4. Attorney Pierre-Pierre is **DIRECTED** to provide a copy of this Order adopting the magistrate judge's Report and Recommendation to Cordeau as soon as practicable, and advise Cordeau that if he objects to the fee approved by this Order, he must file his objection with this Court within 30 days from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on August 2, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2